AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

Eastern District of California

CARMEN WILSON

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

MERCK & CO., INC. and DOES 1 THROUGH 25, INCLUSIVE,

**2 0 7 - CV - 0 8 2 7 LKK DAD**

TO: (Name and address of Defendant)
MERCK & CO., INC.
CT Corporation Systems, Agent for Service
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION
CLIFFORD L. CARTER, SBN 14921
KIRK J. WOLDEN, SBN 138902
608 UNIVERSITY AVENUE
SACRAMENTO, CA 95825

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Victoria C. Minor, Clerk            5/1/2007

CLERK                               DATE

(By) DEPUTY CLERK

EDCAO440