**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814**

USDC Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**RE:**       **CARMEN T. WILSON vs. MERCK CO., INC.**
**USDC No.:**    **2:07–CV–00827–LKK–DAD**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated June 28, 2007, transmitted herewith are the following documents.

**Electronic Documents: 1 to 8.**

    Documents maintained electronically by the district court are accessible through PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**June 28, 2007**       /s/ **L. Reader**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE NUMBER: