UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

MASTER FILE

1:06-MD-1789 (JFK)

---

### ORDER FOR ADMISSION PRO HAC VICE ON ORAL MOTION

Upon the oral motion of William J. Beausoleil, attorney for defendant Merck & Co., Inc., and

said sponsor attorney's declaration that applicant Stephen E. Marshall is a member in good

standing of the bar of the United States District Court, District of Maryland;

and that applicant's contact information is as follows:

      Applicant's Name:  James E. Gray

      Firm Name:  Venable LLP

      Address:  Two Hopkins Plaza, Suite 1800

      City/State/Zip:  Baltimore, MD 21201

      Telephone/Fax:  (410) 244-7471/(410) 244-7742

      Email Address:  jegray@venable.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for

Merck & Co., Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that James E. Gray is admitted to practice pro hac vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case

Filing (ECF) system, counsel shall immediately apply for an ECF password at

60098247_1 DOC

www.nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of
the Court.

Dated: December 26, 2007

      New York, New York

                                            John F. Keenan
                                            United States District Judge

# Certificate of Good Standing



### UNITED STATES OF AMERICA

### DISTRICT OF MARYLAND

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

**DO HEREBY CERTIFY** that, **JAMES E. GRAY, ESQUIRE, BAR NUMBER 00060,** was duly admitted to practice in the United States District Court for the District of Maryland on January 2, 1971, and is currently in good standing as a member of the bar of this Court.

Dated at Baltimore, Maryland

_____FELICIA C. CANNON_____
Clerk

Date: December 13, 2007

_Tina Stavrou_

**Tina Stavrou - Deputy Clerk**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

IN RE:

FOSAMAX PRODUCTS LIABILITY LITIGATION

*This Document Relates To All Actions*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

MASTER FILE

1:06-MD-1789 (JFK)

### CASE MANAGEMENT ORDER NO. 5
### (Pro Hac Vice Admission)

Having conferred with the Clerk's Office, the Court revises Section 5, Paragraph 4 of
Case Management Order No. 3, dated November 1, 2006. Association with local counsel and
the filing of a motion for pro hac vice admission are not required. However, each counsel
wishing to be admitted pro hac vice must submit the following documents to the attention of Mr.
John Sacco, Training Supervisor at the United States District Court SDNY, 500 Pearl Street,
New York, NY 10007:
  1. a proposed order for admission pro hac vice;
  2. a $25.00 check made payable to the Clerk of the Court SDNY;
  3. a Certificate of Good Standing from a Federal District Court; and
  4. a completed CM/ECF registration form for each attorney. The form is available on
     the Court's website at www.nysd.uscourts.gov. When completing the registration
     form, please omit the date of admission and bar code information. The Clerk will
     enter that information for you.

All counsel admitted pro hac vice must electronically file a notice of appearance upon receiving
their CM/ECF login and password.

If assistance is needed, attorneys should contact Mr. Sacco at (212) 805-0732.

SO ORDERED.

Dated: New York, New York
November 8, 2006

JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE